▪ In the Matter of DEVON B. and Others, Infants. JEF-FERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANGIE Y., Respondent, and JAMES W.M., Appellant. (Appeal No. 2.) [827 NYS2d 913]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, J.), entered August 22, 2005 in a proceeding pursuant to Family Court Act article 10. The order denied the motion of respondent James W.M. to vacate the order entered February 3, 2005.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Devon B.*, 37 AD3d 1120 [2007]). Present—Scudder, P.J., Hurlbutt, Smith, Lunn and Green, JJ.